**ALBERT T. WOOD, Inc., et al. v. S. A. LANNING'S ESTATE.**

No. 1895.

Circuit Court of Appeals, Tenth Circuit.

May 23, 1939.

E. Byron Singleton, of Amarillo, Tex., and Adolph Heinz, of Carlsbad, N. M., for appellants.

Hervey, Dow, Hill & Hinkle, of Roswell, N. M., for appellee.

Before LEWIS and PHILLIPS, Circuit Judges.

PĚR CURIAM.

Appeal dismissed, on motion of appellee, at appellants' costs, for failure to prosecute.

**H. T. (Hop) ANDERSON, Appellant, v. UNITED STATES of America, Appellee.**

No. 8066.

Circuit Court of Appeals, Sixth Circuit.

May 10, 1939.

Keith Bohannon, of Cookeville, Tenn., for appellant.

Horace Frierson, Jr., U. S. Atty., of Nashville, Tenn.

Before HICKS, SIMONS, and ALLEN, Circuit Judges.

PER CURIAM.

This cause was heard upon the transcript, briefs and argument of counsel, and no reversible error appearing upon the record, it is ordered and adjudged that the judgment appealed from entered July 11, 1938, be and the same is in all things affirmed.

**Peter APOSTOLOU v. John CHANDRIS, Claimant of, and the S. S. "Eugenia Chandris".**

No. 9161.

Circuit Court of Appeals, Ninth Circuit.

May 8, 1939.

William P. Lord and T. Walter Gillard, both of Portland, Or., for appellant.

Erskine Wood, of Portland, Or., for appellees.

Before GARRECHT, HANEY, and STEPHENS, Circuit Judges.

PER CURIAM.

Upon consideration of motion of appellees to dismiss appeal for failure of appellant to file record and docket cause, and of opposition of appellant thereto, and good cause therefor appearing, ordered motion to dismiss granted, that a decree of dismissal be filed and entered accordingly, and the mandate of this court herein issue forthwith.